JENNIFER STISA GRANICK (California Bar No. 168423)
jennifer@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333 x134
415/436-9993 (fax)

PHILLIP R. MALONE (California Bar No. 163969)
pmalone@cyber.law.harvard.edu
CYBERLAW CLINIC
BERKMAN CENTER FOR INTERNET AND SOCIETY
HARVARD LAW SCHOOL
23 Everett Street
Cambridge, MA  02138
Telephone (617) 384-9134

*Amici Curiae*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>LORI DREW,<br><br>                    Defendant. | Case No. CR-08-582-GW<br><br>**MOTION OF ELECTRONIC FRONTIER FOUNDATION, ET AL., FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS INDICTMENT FOR FAILURE TO STATE AN OFFENSE AND VAGUENESS**<br><br>Date:   September 4, 2008<br>Time:   8:30 AM<br><br>Honorable Judge George H. Wu |

CR-08-582-GW   MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE   1

The Electronic Frontier Foundation (EFF), *et. al.*, move this Court for leave to file the accompanying brief as *amici curiae* in support of Defendant Drew's motions to dismiss the indictment against her for failure to state the claim and for vagueness. This motion is based on this motion and the brief attached herewith.

Counsel for Defendant, Dean Stewart, consents to the filing of this brief so long as it does not change the briefing schedule or hearing date of September 4, 2008. Assistant United States Attorney Mark Krauses informed amici that the Government takes no position at this point in time on our application to file an *amicus* brief but reserves the option to oppose the brief after having had the opportunity to review it.

This *amici* filing should not change the briefing schedule. Under Ninth Circuit rules, *amicus curiae* must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed. Fed Rule App. Pro. 29(e). If the period is less than 11 days, exclude intermediate Saturdays, Sundays, and legal holidays when computing time, unless the time limitation is stated in calendar days. Fed Rule App. Pro. 26 (a)(2). Defendant's brief was filed on July 23, 2008. Seven court days later is August 1st, the day of this filing. Defendant's brief was filed on July 23, 2008. Seven court days later is August 1st, the day of this filing. By filing within the seven day period, the current schedule affords the Government the proper amount time to respond to the brief, as contemplated by the appellate rules.

This Court has discretion to grant this motion. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). *Amicus* briefs concerning legal issues that have potential ramifications beyond parties directly involved are permitted. *NGV Gaming v. Upstream Point Molate*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005).

The Government's theory of criminality has potential ramifications far beyond the facts here. The Government effort to stretch the computer crime law in order to punish Defendant for violating the MySpace terms of service would convert the millions of internet-using Americans who disregard the terms of service (TOS) associated with online services into federal criminals. Attaching criminal penalties for TOS violations is unsupported by case law or Congressional intent, is overbroad and unconstitutionally vague, and would punish constitutionally protected speech.

*Amici* are three organizations, the Electronic Frontier Foundation, the Center for Democracy and Technology and Public Citizen, and the 14 individual faculty members listed in Appendix A of the accompanying brief *amici curiae* who research, teach and write scholarly articles and books about internet law, cybercrime, criminal law and related topics at law schools nationwide. None received any compensation for participating in this brief. *Amici's* sole interest in this case is in the evolution of sound and principled interpretation and application of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(2)(C).

Electronic Frontier Foundation ("EFF") is a non-profit, member-supported

civil liberties organization working to protect free speech and privacy rights. As part of that mission, EFF has served as counsel or *amicus* in key cases addressing privacy issues and rights as applied to the Internet and other new technologies. With more than 13,000 dues-paying members, EFF represents the interests of technology users in both court cases and in broader policy debates surrounding the application of law in the digital age, and publishes a comprehensive archive of digital civil liberties information at one of the most linked-to web sites in the world, www.eff.org.

Center for Democracy & Technology ("CDT") is a non-profit public interest and Internet policy organization. CDT represents the public's interest in an open, decentralized Internet reflecting constitutional and democratic values of free expression, privacy, and individual liberty. In particular, CDT works to protect online free speech, including the right to speak anonymously and to engage in robust communication and debate without inappropriate threats of criminal sanctions.

Public Citizen is a non-profit, public interest organization that has defended the rights of citizens and consumers since its founding in 1971. Public Citizen has stood against the enforceability of abusive terms in one-sided contracts of adhesion and strongly rejects the proposition that criminal liability should attach to violations of contractual fine print. Since 1999, Public Citizen has also defended the First Amendment right of citizens to communicate anonymously in online forums without the threat of unjustified liability.

Accordingly, the questions at issue in this action are of great interest to both

the public and to *amici* as civil liberties organizations and as law school faculty members who teach and write about internet law, cybercrime and criminal law. *Amici* believe that their expertise will aid the Court.

*Amici* therefore move this Court for an order granting leave to file the accompanying brief *amici curiae*.

DATED: August 1, 2008        By _____
Jennifer Stisa Granick (California Bar No. 168423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333 x134
Facsimile:   (415) 436-9993