H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Orin S. Kerr
Dist. of Columbia BN 980287
2000 H. Street NW
Washington, DC 20052
202-994-4775
Fax 202-994-5654
okerr@gwu.edu

Attorneys for Defendant
Lori Drew

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  CR-08-00582-GW |
|---|---|
| Plaintiff, | WAIVER OF JURY TRIAL; REQUEST FOR BENCH TRIAL |
| vs. | |
| LORI DREW | |
| Defendant. | |

COMES NOW defendant Lori Drew, together with counsel, and waives jury trial. Counsel and defendant request a bench trial. Counsel and defendant represent to the Court that they have carefully discussed this waiver and request.

Dated: Oct. 31, 2008

H. Dean Steward
Counsel for Defendant Lori Drew

I concur.
             Oct. 31, 2008

Lori Drew   11/01/08

- 1 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on Nov. 5, 2008, service of the defendant's:

**WAIVER OF JURY TRIAL- REQUEST FOR BENCH TRIAL**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA MARK KRAUSE- LOS ANGELES**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOV. 5, 2008

H. Dean Steward

H. Dean Steward