THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK C. KRAUSE (SBN 198142)
Assistant United States Attorney
Deputy Chief, Cyber and Intellectual
Property Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3493
    Facsimile: (213) 894-8601

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-582-GW |
|---|---|
| Plaintiff, | ) GOVERNMENT'S RESPONSE TO <br> ) DEFENDANT'S WAIVER OF JURY |
| v. | ) Trial Date: November 18, 2008 |
| LORI DREW, | ) Trial Time: 8:00 a.m. <br> ) Place: Courtroom of the <br> ) Hon. George Wu |
| Defendant. | ) |

Plaintiff United States of America hereby files this notice stating that it does not waive its right to jury. Fed. R. Crim. P. 23(a)(2).

Dated: November 6, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

/s/
MARK C. KRAUSE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA