H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
**deansteward@fea.net**

Orin S. Kerr
Dist. of Columbia BN 980287
2000 H. Street NW
Washington, DC 20052
202-994-4775
Fax 202-994-5654
okerr@gwu.edu

Attorneys for Defendant
Lori Drew

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>     vs.<br><br>LORI DREW<br><br>          Defendant. | Case No.  CR-08-00582-GW<br><br>RESPONSE TO COURT'S INQUIRIES |

Comes now defendant, together with counsel, and responds to the Court's inquiries from the session in open court on Nov. 10, 2008.

Dated:  Nov. 10, 2008          s./ H. Dean Steward
                                H. Dean Steward
                                Orin Kerr
                                Counsel for Defendant Drew

- 1 -

## I. CHARACTER WITNESSES

A defendant may call character witnesses after his or her own testimony in order to prove character or trait of character. FRE 404(a)(1); 405(a). A defendant is permitted to call a witness, establish his contemporaneous and relevant knowledge of the defendant's reputation, and elicit a favorable response. See U.S. v. John 304 F.3d 298 (5th Cir. 2002); United States v. Franklin, 471 F.2d 1299, 1301 (5th Cir.1973).

Ninth Circuit Jury Instruction 4.7 solidifies the use of character evidence at trial:

4.7 CHARACTER OF WITNESS FOR TRUTHFULNESS

You have heard evidence of the character for truthfulness of [name of witness], a witness. You may consider this evidence along with other evidence in deciding whether or not to believe that witness' testimony and how much weight to give to it.

2008 Ed. [Internet version]

## II. COURT'S POWER TO STRIKE PORTIONS OF THE INDICTMENT

The Federal Rules of Criminal Procedure permit the district court to strike surplusage on a motion by the defendant. Rule 7(d) states that "[u]pon the defendant's motion, the court may strike

1  surplusage from the indictment or information." The Advisory
2  Committee Notes to Rule 7(d) explain that "[t]he authority of the
3  court to strike such surplusage is to be limited to doing so on
4  defendant's motion ....".
5     Applied here, if the Court grants the defense motion to
6  exclude evidence of the death/suicide of M.T.M., all such
7  references in the indictment necessarily become surplusage.

Dated: Nov. 10, 2008        s./ H. Dean Steward
                            H. Dean Steward
                            Orin Kerr
                            Counsel for Defendant Drew

- 3 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on Nov. 10, 2008, service of the defendant's:

**RESPONSE TO COURT'S INQUIRIES**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Mark KRAUSE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOV. 10, 2008

H. Dean Steward

H. Dean Steward

- 4 -