H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
**deansteward@fea.net**

Orin S. Kerr
Dist. of Columbia BN 980287
2000 H. Street NW
Washington, DC 20052
202-994-4775
Fax 202-994-5654
okerr@gwu.edu


Attorneys for Defendant
Lori Drew


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. CR-08-582-GW |
| Plaintiff, | OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS |
| vs. | |
| LORI DREW, | |
| Defendant. | |

    Comes now defendant, together with counsel, and objects as

follows to certain of the government's proposed jury instructions.


Dated: Nov. 12, 2008          s./ H. Dean Steward
                              H. Dean Steward
                              Orin Kerr
                              Counsel for Defendant
                              Lori Drew

- 1 -

| Government Instruction Number | Objection |
|---|---|
| 30 | Object to the portion of this proposed instruction not part of the Ninth Circuit pattern instruction (last paragraph). That paragraph is an argumentative, pinpoint statement, not properly part of the Court's charge to the jury, and not selected by the Ninth Circuit for inclusion. |
| 31 | Object- argumentative and inappropriate. No comparable instruction in the Ninth Circuit pattern instructions, should not be given. |
| 35 | The government's proposed Instruction No. 35 states the fourth element of the crime as follows:<br><br>Fourth, the defendant obtained the information for the purpose of furthering a tortious act.<br><br>This is incorrect.  The statute requires that "the offense" be committed for the purpose of furthering a tortious act.  18 U.S.C. § 1030(c)(2)(B)(ii). The "offense" is the access without |

authorization or conduct that exceeds authorized

access.  As a result, the fourth element of the crime

should be stated as follows:


        Fourth, the purpose of the defendant's accessing

        the computer without authorization or exceeding

        authorized access was to further a tortious act.

40

Objection- confusing and argumentative. "Determinative
factor" and "sanitize" are open to several
interpretations. The instruction reads like a portion
of the government's closing argument.

41

Objection- argumentative.  Last paragraph, which was
clearly tailored by government to bolster their case
and closing argument, is flat argument. Not
appropriate for a charge to the jury.

42

Objection- defense has proposed a clearer, more
understandable instruction [See defense proposed
instructions, filed herein]

43-45

Defense objects to each on the following grounds. To
establish a conspiracy or to establish accomplice

- 3 -

liability, the government must do more than show an agreement or intent to aid an unauthorized access. The agreement or intent to aid and abet must establish intent to further *every element of the crime*, not just the unauthorized access element.

That is, the agreement must be to access a computer or exceeds authorized access and thereby obtain information with the purpose of intentionally inflicting extreme emotional distress.  Similarly, the aiding and abetting must be with the goal of furthering accessing a computer or exceeding authorized access and thereby obtaining information with the purpose of intentionally inflicting extreme emotional distress.

Dated: Nov. 12, 2008                    s./ H. Dean Steward

                                        H. Dean Steward
                                        Orin Kerr
                                        Counsel for Defendant
                                        Lori Drew

- 4 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on Nov. 12, 2008, service of the defendant's:

**OBJECTIONS TO GOVT JURY INSTRUCTIONS**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA MARK KRAUSE**

**AUSA-LA**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOV. 12, 2008

H. Dean Steward

H. Dean Steward