# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR08-582-GW | Date | November 21, 2008 |
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Javier Gonzalez | Wil Wilcox; Pat Cuneo | Thomas O'Brien; Mark Krause, Yvonne Garcia |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Lori Drew | ✔ | | ✔ | H. Dean Steward | ✔ | | ✔ |

___ Day COURT TRIAL      4th Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    ✔ Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

✔ Witnesses called, sworn and testified.

✔ Exhibits identified    ✔ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

✔ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ✔ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s) _____    ___ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ ___ released from custody.

___ Bond exonerated as to Dft # ___

✔ Case continued to November 24, 2008 at 10:30 a.m. for further trial.

___ Other:

                                          7  :  06
Initials of Deputy Clerk    JG