# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR08-582-GW | | Date | November 24, 2008 |
|---|---|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | | |
| Interpreter | None | | | |

| Javier Gonzalez | Wil Wilcox | Thomas O'Brien; Mark Krause, Yvonne Garcia |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Lori Drew | ✔ | | ✔ | H. Dean Steward | ✔ | | ✔ |

       Day COURT TRIAL     5th Day JURY TRIAL     Death Penalty Phase

    One day trial;     Begun (1st day);     ✔ Held & continued;     Completed by jury verdict/submitted to court.

    The Jury is impaneled and sworn.

    Opening statements made

✔ Witnesses called, sworn and testified.

    Exhibits identified     Exhibits admitted

    Government rests.     ✔ Defendant(s) Lori Drew rest.

    Motion for mistrial by     is     granted     denied     submitted

    Motion for judgment of acquittal (FRCrP 29) is     granted     denied     submitted

✔ Closing arguments made     ✔ Court instructs jury     ✔ Bailiff sworn

✔ Alternates excused     ✔ Jury retires to deliberate     Jury resumes deliberations

    Finding by Court as follows:     Jury Verdict as follows:

Dft #     Guilty on count(s)     Not Guilty on count(s)

    Jury polled     Polling waived

    Filed Witness & Exhibit lists     Filed Jury notes     Filed Jury Instructions     Filed Jury Verdict

Dft #     Referred to Probation Office for Investigation & Report and continued to     for sentencing.

Dft #     remanded to custody.     Remand/Release#     issd.     Dft #     released from custody.

    Bond exonerated as to Dft #

✔ Case continued to November 25, 2008 at 9:00 a.m. for further trial.

✔ Other: Clerk and counsel confer regarding exhibits.

                             5 : 15

Initials of Deputy Clerk    JG