## LIST OF EXHIBITS AND WITNESSES

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Case Number | CR08-582-GW | Title | UNITED STATES OF AMERICA V. LORI DREW |
|---|---|---|---|
| Judge | GEORGE H. WU | | |
| Dates of Trial or Hearing | 11/18/08; 11/19/08; 11/20/08; 11/21/08; 11/24/08; 11/25/08; 11/26/08 | | |
| Court Reporters or Tape No. | Wil Wilcox; Pat Cuneo | | |
| Deputy Clerks | Javier Gonzalez | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Mark Krause | H. Dean Steward |
| Yvonne L. Garcia | |
| Thomas P. O'Brien | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | See attached lists | |

## United States v. Drew,
### CR No. 08-582-GW

### Exhibit List

| No | Description | Identif. | Admitted |
|----|-------------|----------|----------|
| 1 | Screenshots Showing How to Create MySpace account | NOV 21 2008 | NOV 21 2008 |
| 2 | MySpace logs for user joshevans06@aol.com | NOV 20 2008 | NOV 21 2008 |
| 3 | Terms of Service (2006 version) | NOV 21 2008 | NOV 21 2008 |
| 4 | Charter Communications subscriber records | NOV 20 2008 | NOV 20 2008 |
| 5 | Printout from M.T.M.'s Profile (member perspective) | NOV 19 2008 | NOV 19 2008 |
| 6 | Printout from M.T.M.'s Profile (another member perspective) | NOV 20 2008 | NOV 20 2008 |
| 7 | Demonstrative Regarding Internet Basics | NOV 20 2008 | |
| 8 | Pharmacy records | NOV 19 2008 | NOV 19 2008 |
| 9 | Consent Form for Computer | NOV 20 2008 | NOV 20 2008 |
| 10 | Partial MySpace Page Showing Survey Regarding "Josh Ryan Evans" | NOV 20 2008 | NOV 20 2008 |
| 11 | Partial MySpace page from Defendant's computer showing Communications from "Josh" on September 20, 2006 | NOV 20 2008 | NOV 20 2008 |
| 12 | | | |
| 13 | CD Containing Exhibits 14-22 | NOV 20 2008 | NOV 20 2008 |
| 14 | HTML Fragment Recovered from Unallocated Space on Defendant's Computer Showing Partial MySpace Message Page Showing a History of Messages between "Josh" and M.T.M. Occurring on September 20, 2006 | NOV 19 2008 | NOV 19 2008 |

| No | Description | Identif. | Admitted |
|---|---|---|---|
| 15 | HTML Fragment Recovered from Unallocated Space on Defendant's Computer Showing "Invite Friends to Your Space" Page for user JoshEvans06@aol.com | NOV 20 | NOV 20 |
| 16 | HTML Fragment Recovered from Unallocated space on defendant's Computer Showing Postings on M.T.M.'s MySpace page including postings from JoshEvans06@aol.com | NOV 19 | NOV 19 |
| 17 | HTML Fragment Recovered from Unallocated space on Meier's Computer Showing Postings on M.T.M.'s MySpace page including postings from JoshEvans06@aol.com | NOV 19 | NOV 19 |
| 18 | chat fragments between JoshEvans06 and Prettynbling162 regarding spiders and snakes located in unallocated space on the Meier computer | NOV 19 | NOV 19 |
| 19 | chat fragments between JoshEvans06 and Prettynbling162 regarding spiders and snakes located in unallocated space on the Meier computer | NOV 19 | NOV 19 |
| 20 | chat fragments between JoshEvans06 and Prettynbling162 regarding spiders and snakes located in unallocated space on the Meier computer | NOV 20 | NOV 20 |
| 21 | HTML Fragment Recovered from Unallocated Space on Defendant's Computer Showing Comments From "josh" on M.T.M.'s MySpace page dated October 16 with a file created date of 10/16/06 | NOV 20 2008 | NOV 20 2008 |
| 22 | Deleted HTML file from the temporary internet files directory on the defendant's computer showing a reply to message page, with a series of MySpace private messages between Megan and Josh with dates of October 16, 2006 | NOV 21 2008 | NOV 21 2008 |
| 23 | Partial HTML file containing message from M.T.M. to "Josh" on October 16, 2006 | NOV 21 2008 | NOV 21 2008 |

| No  | Description                              | Identif.    | Admitted    |
| --- | ---------------------------------------- | ----------- | ----------- |
| 24  | Powerpoint prepared by Agent Justin Kempf |             |             |
| 25  | Immunity Letter                          |             |             |
| 26  | Excerpt from M.T.M. Profile Page         | NOV 19 2008 | NOV 19 2008 |
| 508 | EMAIL EXCHANGE                           | NOV 20 2008 | NOV 20 2008 |
| 509 | EMAIL EXCHANGE                           | NOV 20 2008 | NOV 20 2008 |
| 27  | TOMMY LOEHRS REPORT                      | NOV 21 2008 | NOV 21 2008 |

**DEFENSE WITNESS LIST**

1. Billy Cox    NOV 21 2008
2. Lori Drew
3. Sarah Drew    NOV 21 2008    NOV 24 2008
4. Tami Loehrs    NOV 21 2008
5. Susan Morse
6. Harry Moulton
7. Shannon Richard
8. Marie Shreeve
9. Jerry Shreeve    NOV 24 2008

<u>United States v. Drew</u>,
CR No. 08-582-GW

Witness List

1.  Christina Chu     NOV 20 2008
2.  Billy Cox
3.  Eugenia Finnegan  NOV 21 2008
4.  Ashley Grills     NOV 20 2008
5.  Justin Kempf      NOV 20 2008    NOV 21 2008
6.  Edwin Lutz        NOV 21 2008
7.  Ron Meier
8.  Tina Meier        NOV 19 2008    NOV 20 2008
9.  Brian Mize        NOV 20 2008
10. Jessica Mulford   NOV 20 2008
11. Michelle Mulford  NOV 21 2008
12. Susan Marie Prouty  NOV 19 2008
13. Jae Sung          NOV 21 2008
14. Saiid Khojesteh