THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK C. KRAUSE (SBN 198142)
Assistant United States Attorney
Deputy Chief, Cyber and Intellectual
Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3493
    Facsimile: (213) 894-8601
    Email: mark.krause@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 08-582-GW |
|     Plaintiff, ) | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER DISMISSING COUNT ONE OF INDICTMENT WITHOUT PREJUDICE |
|     v. ) | |
| LORI DREW, ) | Place: Courtroom of the Hon. George H. Wu |
|     Defendant. ) | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Mark C. Krause, hereby files this ex parte application for order dismissing Count One of the Indictment in the interests of justice.

///

///

This <u>ex parte</u> application is based on the attached Declaration of Mark C. Krause, the files and records in this case, and whatever evidence or argument this Court may consider.

Dated: December 30, 2008

          Respectfully submitted,

          THOMAS P. O'BRIEN
          United States Attorney

          CHRISTINE C. EWELL
          Assistant United States Attorney
          Chief, Criminal Division

          _____
          MARK C. KRAUSE
          Assistant United States Attorney

          Attorneys for Plaintiff
          UNITED STATES OF AMERICA

**DECLARATION OF MARK C. KRAUSE**

I, MARK C. KRAUSE, HEREBY DECLARE AND STATE:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent plaintiff United States of America in <u>United States v. Drew</u>, CR 08-582-GW.

2. On November 26, 2008, defendant Lori Drew was convicted of three counts of unauthorized access to a protected computer to obtain information, in violation of 18 U.S.C. § 1030(a)(2)(c). The jury could not reach a verdict on count one, which charged defendant with conspiracy in violation of 18 U.S.C. § 371. The Court declared a mistrial on that count.

3. On December 19, 2008, this Court ordered the United States to file a memorandum identifying its intentions in connection with Count One. By this application, the United States seeks an order dismissing count one without prejudice in the interests of justice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed in Los Angeles, California this 30th day of December, 2008.

_____
MARK C. KRAUSE

1