```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MARK C. KRAUSE (SBN 198142)
 4 │ Assistant United States Attorney
   │ Cyber and Intellectual Property Crimes Section
 5 │      1200 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-3493
 7 │      Facsimile: (213) 894-8601
   │      email: mark.krause@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ United States of America
10 │
11 │
12 │              UNITED STATES DISTRICT COURT
13 │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
14 │ UNITED STATES OF AMERICA,    )   No. CR 08-582-GHW
                                  )
15 │             Plaintiff,       )   [PROPOSED] ORDER
                                  )
16 │        v.                    )
                                  )
17 │ LORI DREW,                   )
                                  )
18 │             Defendant.       )
                                  )
19 │
20 │    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Count One of
21 │ the Indictment is dismissed without prejudice.
22 │ IT IS SO ORDERED.
23 │ DATED: _____, 2008    _____
                                HON. GEORGE H. WU
24 │                            United States District Judge
25 │
26 │
27 │
28 │
                              2
```