H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net

Orin S. Kerr
Dist. of Columbia BN 980287
2000 H. Street NW
Washington, DC 20052
202-994-4775
Fax 202-994-5654
okerr@gwu.edu

Attorneys for Defendant
Lori Drew

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     vs.<br><br>LORI DREW,<br><br>          Defendant. | Case No. CR-08-582-GW<br><br>DEFENSE RESPONSE TO GOVERNMENT EX PARTE APPLICATION TO DISMISS COUNT 1 |

Comes now defendant, together with counsel, and responds to the government's ex parte application seeking dismissal of count one of the indictment.

The defense does not oppose the application or the relief sought, but does believe that the count must be dismissed **with prejudice.** Jeopardy had attached as the jury was sworn and heard testimony. As defined in Serfass v. U.S. 420 U.S. 377 (1975) the

- 1 -

defendant "has been subjected to the risk of conviction", and therefore jeopardy had attached. Under these circumstances, dismissal of count one *must* be with prejudice.

Dated: 1-1-09          s./ H. Dean Steward

                        H. Dean Steward
                        Orin Kerr
                        Counsel for Defendant
                        Lori Drew

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. I have caused, on Jan. 1, 2009, service of the defendant's:

**DEFENSE RESPONSE TO GOVT EX PARTE APPLICATION**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA MARK KRAUSE- LA**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 1, 2009

<u>H. Dean Steward</u>

H. Dean Steward