# EXHIBIT "A'

LD: (UNT) I never thought that. I used to think that Megan was so confident. (UNT). I mean small little trips (UNT) or a vacation. I never thought, I thought Megan had no self esteem.

CM: Yeah. But you also knew, I mean she had been going for counseling since 3rd grade. I mean Megan had, that is why we were switching schools because she had…we were having so many issues with the 7th grade.

LD: But see I didn't know about some things that she had done. (UNT) over the summer you were pushing her (UNT) and I remember you saying that the medication that they had put her on was working very well because she was actually saying that she loved you guys and she was hugging you and that kind of stuff.

CM: Right. Yeah, I mean she had been going to psycoligist and psyciatists since the child has been in 3rd grade.

LD: I had no idea.

CM: Right. Well, we had talked. I mean, I thought we had talked about all of that because of Chris. Chris had switched to different psychiatrists because of different medications and having so many issues with the medications and dosages because Megan was on some of the same medications at different times. And you know how hard it is with they are on one medication one time, it lasts for a while and then it doesn't, it changes.

LD: Chris has been on different medications just higher (UNT).

CM: Right.

LD: (UNT) as he is getting a little bit bigger but still he is still not gaining weight or…

CM: I mean, I guess a couple of things that have been bothering me probably the most out of this entire thing is that basically Megan being manipulated into thinking she was talking to a boy. And you know as well as I know that is discretely as these children want to be accepted how Sarah would feel.

442