THOMAS P. O'BRIEN - United States Attorney
CHRISTINE C. EWELL - AUSA
Chief, Criminal Division
MARK C. KRAUSE (SBN 198142) -AUSA
Deputy Chief, Cyber & IP Crimes Section
312 N. Spring St., 12th Fl., Los Angeles, CA 90012
Office: (213) 894-3493   Fax: (213) 894-8601

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF(S) v. LORI DREW, DEFENDANT(S). | CASE NUMBER: CR 08-582-GHW NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Government's Ex Parte Application for Order Sealing Document; Declaration of Mark C. Krause; [Proposed] Order Sealing Document; Criminal Filing and Proposed Order [Under Seal]

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other [see above: List Documents]

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 18, 2009                                MARK C. KRAUSE
Date                                        Attorney Name

                                            United States of America
                                            Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                      NOTICE OF MANUAL FILING

CERTIFICATE OF SERVICE

I, SUSAN M. CRUZ, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**NOTICE OF LODGING**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[✓] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

SEE ATTACHMENT

This Certificate is executed on **May 18, 2009**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

SUSAN M. CRUZ

<u>ATTACHMENT</u>

JENNIFER STISA GRANICK            (BY U.S. MAIL)
STANFORD LAW SCHOOL
559 NATHAN ABBOTT WAY
STANFORD, CA 94305

ORIN S. KERR            (BY U.S. MAIL)
ORIN S. KERR LAW OFFICES
2000 H. STREET NW
WASHINGTON, D.C. 20052