UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 08-582-GW | Date | May 18, 2009 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Andrea Keifer | Wil Wilcox | Mark Krause; Yvonne Garcia; Thomas O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Lori Drew | ✔ | | ✔ | H. Dean Steward | ✔ | | ✔ |

**Proceedings:**   **RULE 29 MOTION; SENTENCING**

The Court and counsel confer regarding the Presentence Report. Statements are made by Ron Meier and Tina Meier.

The Motion remains under submission. Court to issue a ruling.

For the reasons on the record, **Sentencing** is **continued** to **July 2, 2009 at 11:00 a.m.** The parties are to contact the clerk on July 1, 2009 to confirm the time of the hearing.

IT IS SO ORDERED.

|  | 1 | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | AK | | |