Name/Address of Attorney or Pro Per

Telephone (   )
☐ FPD  ☐ Apptd  ☐ CJA  ☐ Pro Per  ☐ Retained

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(S),

V.

DEFEDANT(S).

CASE NUMBER

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that _____ hereby appeals to the
                                    Name of Appellant
United States Court of Appeals for the Ninth Circuit from:

CRIMINAL MATTER
☐ Conviction only [F.R.Cr.P. 32(b)]
☐ Conviction and Sentence
☐ Sentence only   (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Interlocutory imposed: _____
☐ Bail status: _____

CIVIL MATTER
☐ Order (specify) _____
☐ Judgment (specify) _____
☐ Other (specify) _____

Entered in this action on _____.
                          Date Judgment or Order Entered on the Docket Sheet
A copy of said judgment or order is attached hereto.

(Check one) ☐ Appellant / Pro Se
            ☐ Counsel for Appellant
            ☐ Deputy Clerk

Date                Signature

**NOTE:** Pursuant to Local Rule 17, the Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (08/97)                NOTICE OF APPEAL