**FILED**

UNITED STATES COURT OF APPEALS

DEC 07 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>LORI DREW,<br><br>    Defendant - Appellee. | No. 09-50479<br><br>D.C. No. 2:08-cr-00582-GW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



The government's motion for voluntary dismissal of this appeal is granted.

This appeal is dismissed. *See* Fed. R. App. P. 42(b).

   This order served on the district court shall act as and for the mandate of this court.

            FOR THE COURT:


            Molly Dwyer
            Clerk of Court


            By: David J. Vignol
            Deputy Clerk


DV/MOATT Direct Criminal